# EXHIBIT 1

# Department of State
## Division of Corporations

### Entity Information

[ Return to Results ] [ Return to Search ]

---

**Entity Details** ⌃

**ENTITY NAME:** 26 MOTORS CORP

**DOS ID:** 5050566

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**DATE OF INITIAL DOS FILING:** 12/09/2016

**EFFECTIVE DATE INITIAL FILING:** 12/09/2016

**FOREIGN FORMATION DATE:**

**COUNTY:** BRONX

**JURISDICTION:** NEW YORK, UNITED STATES

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**ENTITY STATUS:** ACTIVE

**REASON FOR STATUS:**

**INACTIVE DATE:**

**STATEMENT STATUS:** CURRENT

**NEXT STATEMENT DUE DATE:** 12/31/2022

**NFP CATEGORY:**

---

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |
|---|---|---|---|---|

### Service of Process Name and Address

**Name:** DAYAN POURAD & YOSEF AYZENCOT

**Address:** 3981 BOSTON ROAD, BRONX, NY, UNITED STATES, 10469

### Chief Executive Officer's Name and Address

**Name:** DAYAN POURAD & YOSEF AYZENCOT

**Address:** 3981 BOSTON ROAD, BRONX, NY, UNITED STATES, 10469

### Principal Executive Office Address

**Address:** 3981 BOSTON ROAD, BRONX, NY, UNITED STATES, 10469

### Registered Agent Name and Address

**Name:**

**Address:**

### Entity Primary Location Name and Address

**Name:**

**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00 |

# Department of State
## Division of Corporations

## Entity Information

[Return to Results]  [Return to Search]

### Entity Details                                                                      ^

**ENTITY NAME:** 26 MOTORS OF FRANKLIN SQUARE LLC

**DOS ID:** 6552398

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 08/01/2022

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 08/01/2022

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** CURRENT

**COUNTY:** NASSAU

**NEXT STATEMENT DUE DATE:** 08/31/2024

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |

#### Service of Process Name and Address

**Name:** 26 MOTORS OF FRANKLIN SQUARE LLC

**Address:** 707 HEMPSTEAD TPKE, FRANKLIN SQUARE, NY, UNITED STATES, 11010

#### Chief Executive Officer's Name and Address

**Name:**

**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:**

**Address:**

#### Entity Primary Location Name and Address

**Name:**

**Address:**

#### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ] [ Return to Search ]

### Entity Details

**ENTITY NAME:** 26 MOTORS JAMAICA INC

**FOREIGN LEGAL NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**DATE OF INITIAL DOS FILING:** 07/31/2019

**EFFECTIVE DATE INITIAL FILING:** 07/31/2019

**FOREIGN FORMATION DATE:**

**COUNTY:** QUEENS

**JURISDICTION:** NEW YORK, UNITED STATES

**DOS ID:** 5596462

**FICTITIOUS NAME:**

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**ENTITY STATUS:** INACTIVE

**REASON FOR STATUS:**

**INACTIVE DATE:** 09/11/2020

**STATEMENT STATUS:** NOT REQUIRED

**NEXT STATEMENT DUE DATE:** 07/31/2021

**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |
|---|---|---|---|---|

#### Service of Process Name and Address

**Name:** 26 MOTORS JAMAICA INC

**Address:** 181-07 JAMAICA AVE, HOLLIS, NY, UNITED STATES, 11423

#### Chief Executive Officer's Name and Address

**Name:**

**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:**

**Address:**

#### Entity Primary Location Name and Address

**Name:**

**Address:**

#### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |
| NO PAR VALUE | 200 | $0.00 |

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

### Entity Details

**ENTITY NAME:** 26 MOTORS LONG ISLAND LLC

**DOS ID:** 6205431

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 06/23/2021

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 06/23/2021

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** CURRENT

**COUNTY:** NASSAU

**NEXT STATEMENT DUE DATE:** 06/30/2023

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |

#### Service of Process Name and Address

**Name:** 26 MOTORS LONG ISLAND LLC

**Address:** 707 HEMPSTEAD TPKE, FRANKLIN SQUARE, NY, UNITED STATES, 11010

#### Chief Executive Officer's Name and Address

**Name:**

**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:**

**Address:**

#### Entity Primary Location Name and Address

**Name:**

**Address:**

#### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** 26 MOTORS QUEENS INC

**FOREIGN LEGAL NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**DATE OF INITIAL DOS FILING:** 07/31/2019

**EFFECTIVE DATE INITIAL FILING:** 07/31/2019

**FOREIGN FORMATION DATE:**

**COUNTY:** QUEENS

**JURISDICTION:** NEW YORK, UNITED STATES

**DOS ID:** 5596429

**FICTITIOUS NAME:**

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**ENTITY STATUS:** ACTIVE

**REASON FOR STATUS:**

**INACTIVE DATE:**

**STATEMENT STATUS:** CURRENT

**NEXT STATEMENT DUE DATE:** 07/31/2023

**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |
|---|---|---|---|---|

#### Service of Process Name and Address

**Name:** 26 MOTORS QUEENS INC

**Address:** 7212 QUEENS BLVD, WOODSIDE, NY, UNITED STATES, 11377

#### Chief Executive Officer's Name and Address

**Name:** YOSEF AYZENCOT

**Address:** 4015 BOSTON RD, BRONX, NY, UNITED STATES, 10466

#### Principal Executive Office Address

**Address:** 4015 BOSTON RD, BRONX, NY, UNITED STATES, 10466

#### Registered Agent Name and Address

**Name:**

**Address:**

#### Entity Primary Location Name and Address

**Name:**

**Address:**

#### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00 |