# EXHIBIT 5

| ADDITIONAL INFORMATION - IF APPLICABLE |
|---|
| 53X16+$60 |

| CHECK | VENDOR | VENDOR NAME | | | | CHECK DATE |
|---|---|---|---|---|---|---|
| 2956 | JESSICA | JESSICA RENAE GUZMAN | | | | 3/14/2022 |
| INVOICE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | MEMO INFORMATION | |
|  | 3/14/2022 | 908.00 | .00 | 908.00 | PPWE 3/11 | |
|  |  | **INVOICE TOTAL** | **DISCOUNT TOTAL** | **PAID TOTAL** | **CUSTOMER NUMBER** | |
| **REMITTANCE ADVICE** |  | 908.00 | .00 | 908.00 |  | |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19402  B_MCBW_SIG

SUPREME AUTOMOTIVE INC
4053 Boston Rd
Bronx, NY 10466

| CHECK | VENDOR | | VENDOR NAME | | CHECK DATE |
|---|---|---|---|---|---|
| 2981 | JESSICA | | | | 3/28/2022 |
| INVOICE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | MEMO INFORMATION |
| | 3/28/2022 | 1170.00 | .00 | 1170.00 | PPWE 3/25 |

JESSICA RENAE GUZMAN

| | | INVOICE TOTAL | DISCOUNT TOTAL | PAID TOTAL | CUSTOMER NUMBER |
|---|---|---|---|---|---|
| | | 1170.00 | .00 | 1170.00 | |

**REMITTANCE ADVICE**

19402  B_MCBW_SIG

SUPREME AUTOMOTIVE INC
4053 Boston Rd

**26 MOTORS CORP**
DMV ACCOUNT
3981 BOSTON RD
BRONX, NEW YORK 10466

1567

1-1335/260

DATE 4/4/22

PAY TO THE ORDER OF: Jessica Guzman     $ 898

Eight hundred ninty eight                      DOLLARS

**Metropolitan Commercial Bank**

FOR ppwe 4/1

⑈001567⑈

**1598**

1-1335/260

**26 MOTORS CORP**
DMV ACCOUNT
3981 BOSTON RD
BRONX, NEW YORK 10466

DATE 4/11/22

PAY TO THE ORDER OF: Jessica Guzman    $ 828.00

Eight hundred twenty Eight DOLLARS

Metropolitan Commercial Bank

FOR ppwe 4/11

⑆001598⑆