# **SUMMONS RIDER**

## DEFENDANT(S) ADDRESS(ES)

- 26 MOTORS CORP.
  3981 Boston Road
  Bronx, NY, 10469
- 26 MOTORS QUEENS INC.
  72-12 Queens Blvd.
  Woodside NY, 11377
  (Queens County)
- 26 MOTORS JAMAICA INC.
  181-07 Jamaica Avenue
  Hollis, NY, 11423
  (Queens County)
- 26 MOTORS LONG ISLAND LLC
  707 Hempstead Turnpike
  Elmont, NY 11003
- 26 MOTORS OF FRANKLIN SQUARE LLC
  707 Hempstead Turnpike
  Franklin Square, NY 11010
- MOSHE POURAD
  c/o 26 MOTORS CORP.
  3981 Boston Road
  Bronx, NY, 10469
- YOSEF AYZENCOT
  c/o 26 MOTORS CORP.
  3981 Boston Road
  Bronx, NY, 10469
- AHARON BENHAMO
  c/o 26 MOTORS CORP.
  3981 Boston Road
  Bronx, NY, 10469