UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA GUZMAN, *on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class,*

                            Plaintiff,

-against-

26 MOTORS CORP. d/b/a 26 MOTORS
26 MOTORS QUEENS INC. d/b/a 26 MOTORS
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS
MOSHE POURAD,
YOSEF AYZENCOT, and
AHARON BENHAMO,

                            Defendants.

Case No. 1:23-cv-00283

**STIPULATION TO EXTEND TIME TO RESPOND**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the plaintiff Jessica Guzman and defendants 26 MOTORS CORP. d/b/a 26 MOTORS, 26 MOTORS QUEENS INC. d/b/a 26 MOTORS, 26 MOTORS JAMAICA INC. d/b/a 26 MOTORS, 26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS, 26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS, MOSHE POURAD, YOSEF AYZENCOT, and AHARON BENHAMO that 26 Motor's, Moshe Pourad, Yosef Ayzencot and Aharon Benhamo time to respond to the Complaint in the above-captioned action is extended up to and including April 3, 2023.

Defendants waive defenses as to personal jurisdiction and service.

Dated: January 27, 2023  
      Astoria, New York

Dated: January 27, 2023  
      New York, New York

Sacco & Fillas, LLP

By: /s/Clifford Tucker  
Clifford Tucker, Esq.  
31-19 Newtown Avenue  
Seventh Floor  
Astoria, New York 11102  
Tel: 718-269-2243  
Email: CTucker@SaccoFillas.com  
Attorneys for Defendants' 26 MOTORS CORP. d/b/a 26 MOTORS, 26 MOTORS QUEENS INC. d/b/a 26 MOTORS, 26 MOTORS JAMAICA INC. d/b/a 26 MOTORS, 26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS, 26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS, MOSHE POURAD, YOSEF AYZENCOT, and AHARON BENHAMO

Lee Litigation Group, PLLC

By: _____  
C.K. Lee, Esq.  
148 West 24th Street  
Suite 8TH Floor  
New York, New York 10011  
Telephone: (212) 465-1180  
Facsimile: (212) 465-1181  
*Attorneys for Plaintiff Jessica Guzman*