**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA GUZMAN, *on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class,*

                          Plaintiff,

-against-

26 MOTORS CORP. d/b/a 26 MOTORS
26 MOTORS QUEENS INC. d/b/a 26 MOTORS
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS
MOSHE POURAD,
YOSEF AYZENCOT, and
AHARON BENHAMO,

                          Defendants.

Case No. 1:23-cv-00283

**STIPULATION TO**
**EXTEND TIME TO RESPOND**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the plaintiff Jessica Guzman and defendants 26 MOTORS CORP. d/b/a 26 MOTORS, 26 MOTORS QUEENS INC. d/b/a 26 MOTORS, 26 MOTORS JAMAICA INC. d/b/a 26 MOTORS, 26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS, 26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS, MOSHE POURAD, YOSEF AYZENCOT, and AHARON BENHAMO that 26 Motor's, Moshe Pourad, Yosef Ayzencot and Aharon Benhamo time to respond to the Complaint in the above-captioned action is extended up to and including April 3, 2023.

Defendants waive defenses as to personal jurisdiction and service.

Dated: January 27, 2023
      Astoria, New York

Sacco & Fillas, LLP

By: /s/Clifford Tucker
Clifford Tucker, Esq.
31-19 Newtown Avenue
Seventh Floor
Astoria, New York 11102
Tel: 718-269-2243
Email: CTucker@SaccoFillas.com
Attorneys for Defendants' 26 MOTORS CORP. d/b/a 26 MOTORS, 26 MOTORS QUEENS INC. d/b/a 26 MOTORS, 26 MOTORS JAMAICA INC. d/b/a 26 MOTORS, 26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS, 26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS, MOSHE POURAD, YOSEF AYZENCOT, and AHARON BENHAMO

Dated: January 27, 2023
      New York, New York

Lee Litigation Group, PLLC

By: _____
C.K. Lee, Esq.
148 West 24th Street
Suite 8TH Floor
New York, New York 10011
Telephone: (212) 465-1180
Facsimile: (212) 465-1181
*Attorneys for Plaintiff Jessica Guzman*

---

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket
entry 6.
```

                                                                      SO ORDERED.

```
Dated:    February 1, 2023
          New York, New York
```

                                                HON. KATHERINE POLK FAILLA
                                                UNITED STATES DISTRICT JUDGE