UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JESICA GUZMAN, *on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class*,

                                                      Civil Action No. 22-cv-9385-RA

                      **Plaintiff,**

              - against -

**26 MOTORS CORP d/b/a 26 MOTORS,**           <u>**NOTICE OF APPEARANCE**</u>
**26 MOTORS QUEENS INC. d/b/a 26 MOTORS,**
**26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,**
**26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,**
**26 MOTORS OF FRANKLIN SQUARE LLC d/b/a**
**26 MOTORS, MOSHE POURAD,**
**YOSEF AYZENCOT, and AHARON BENHAMO,**

                      **Defendants.**
------------------------------------------------------------------------X
                       **APPEARANCE OF COUNSEL**

To:    The Clerk of the Court and all parties of record.

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for all Defendants in this matter.

Dated:  New York, New York
           March 31, 2023

                                        Yours, etc.
                                        NICHOLAS GOODMAN & ASSOCIATES, PLLC

                         BY: _____
                                        Patrick L. Selvey
                                        *Attorney for Defendants*
                                        26 MOTORS CORP., 26 MOTORS QUEENS INC.,
                                        26 MOTORS JAMAICA INC., 26 MOTORS
                                        LONG ISLAND LLC, 26 MOTORS OF FRANKLIN
                                        SQUARE LLC, MOSHE POURAD, YOSEF
                                        AYZENCOT, and AHARON BENHAMO
                                        333 Park Avenue South, Suite 3A
                                        New York, New York 10010
                                        (212) 227-9003
                                        pselvey@ngoodmanlaw.com