UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA GUZMAN, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*,<br><br>      Plaintiffs,<br><br>-against-<br><br>26 MOTORS CORP. d/b/a 26 MOTORS 26 MOTORS QUEENS INC. d/b/a 26 MOTORS 26 MOTORS JAMAICA INC. d/b/a 26 MOTORS 26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS 26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS MOSHE POURAD, YOSEF AYZENCOT, and AHARON BENHAMO,<br><br>      Defendants. | 1:23-cv-00283<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR ALL DEFENDANTS** |

  **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Clifford Tucker, Esq., an associate at Sacco & Fillas LLP, in Support of the Motion to Withdraw from Representing all Defendants, Sacco & Fillas, LLP, will move this Court before the Honorable Judge Katherine Polk Failla at the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, New York 10007, courtroom 618 on a date and time to be determined by the Court, for an Order, pursuant to NY R USDCTS&ED Civ Rule 1.4 and NY ST RPC Rule 1.16, granting leave to Sacco & Fillas LLP, Clifford Tucker, Esq., and James Wolff, Esq. ("Defendants' Counsel") to withdraw as counsel for all Defendants and for such other and further relief as this Court deems proper.

Dated: Astoria, New York
    April 3, 2023

Signed,

By:   */s/ Clifford Tucker*
   Clifford Tucker, Esq.
   Sacco & Fillas LLP
   31-19 Newtown Ave., 7th Floor
   Astoria, New York 11102
   Ph: 718-269-2243
   CTucker@SaccoFillas.com

1