UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
JESICA GUZMAN, *on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class*,

                                  Plaintiff,         Civil Action No. 22-cv-9385-RA

- against -

26 MOTORS CORP d/b/a 26 MOTORS,
26 MOTORS QUEENS INC. d/b/a 26 MOTORS,    STIPULATION EXTENDING
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,    <u>TIME TO RESPOND</u>
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a
26 MOTORS, MOSHE POURAD,
YOSEF AYZENCOT, and AHARON BENHAMO,

                                  Defendants.
--------------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Plaintiff, JESSICA GUZMAN, and Defendants 26 MOTORS CORP d/b/a 26 MOTORS, 26 MOTORS QUEENS INC. d/b/a 26 MOTORS, 26 MOTORS JAMAICA INC. d/b/a 26 MOTORS, 26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS, 26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS, MOSHE POURAD, YOSEF AYZENCOT, and AHARON BENHAMO (collectively "Defendants"), that Defendants time to respond to the Complaint in the above-captioned action is extended up to and including April 17, 2023.

Dated: New York, New York
       April 3, 2023

BY: _____        BY: _____
    C.K. Lee                                     Patrick L. Selvey
    LEE LITIGATION GROUP, PLLC       NICHOLAS GOODMAN & ASSOCIATES, PLLC
148 West 24th Street, 8th Floor           *Attorney for Defendants*
New York, New York 10016              26 MOTORS CORP., 26 MOTORS QUEENS INC.,
(212) 465-1188                             26 MOTORS JAMAICA INC., 26 MOTORS
cklee@leelitigation.com                 LONG ISLAND LLC, 26 MOTORS OF FRANKLIN
                                                 SQUARE LLC, MOSHE POURAD, YOSEF
                                                 AYZENCOT, and AHARON BENHAMO
                                                 333 Park Avenue South, Suite 3A
                                                 New York, New York 10010
                                                 (212) 227-9003
                                                 pselvey@ngoodmanlaw.com