UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA GUZMAN, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*,

                Plaintiffs,

-against-

26 MOTORS CORP. d/b/a 26 MOTORS 26 MOTORS QUEENS INC. d/b/a 26 MOTORS 26 MOTORS JAMAICA INC. d/b/a 26 MOTORS 26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS 26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS MOSHE POURAD, YOSEF AYZENCOT, and AHARON BENHAMO,

                Defendants.



1:23-cv-00283

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR ALL DEFENDANTS**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Clifford Tucker, Esq., an associate at Sacco & Fillas LLP, in Support of the Motion to Withdraw from Representing all Defendants, Sacco & Fillas, LLP, will move this Court before the Honorable Judge Katherine Polk Failla at the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, New York 10007, courtroom 618 on a date and time to be determined by the Court, for an Order, pursuant to NY R USDCTS&ED Civ Rule 1.4 and NY ST RPC Rule 1.16, granting leave to Sacco & Fillas LLP, Clifford Tucker, Esq., and James Wolff, Esq. ("Defendants' Counsel") to withdraw as counsel for all Defendants and for such other and further relief as this Court deems proper.

Dated: Astoria, New York
        April 3, 2023

Signed,

By:    */s/ Clifford Tucker*
     Clifford Tucker, Esq.
     Sacco & Fillas LLP
     31-19 Newtown Ave., 7th Floor
     Astoria, New York 11102
     Ph: 718-269-2243
     CTucker@SaccoFillas.com

1

The Court is in receipt of the above motion to withdraw from counsel for Defendants ("Movants") and its accompanying declaration.  The Court is also in receipt of the parties' stipulation extending Defendants' answer deadline to April 17, 2023.  (Dkt. #11).

The Court does not appreciate that Movants filed this request on the answer deadline to which they previously stipulated.  (*See* Dkt. #7).  Their delay in filing the instant motion delays the entire case.  But because this case is in early stages and substitute counsel has already appeared and indicated its intent to swiftly respond to the Complaint, the Court finds that the delay caused by Movants' tardiness is not so egregious as to justify denial of the instant motion.  Accordingly, the motion is GRANTED.  The Clerk of Court is directed to terminate Clifford Ryan Tucker and Sacco & Fillas LLP from the docket.

The Court will so-order the parties' stipulation extending the answer deadline to **April 17, 2023**, under separate cover.  The parties are advised that this deadline will not be extended.

The Clerk of Court is directed to terminate the motion at docket entry 10.


Dated:    April 4, 2023          SO ORDERED.
          New York, New York

                                 *Katherine Polk Failla*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE