**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

JESICA GUZMAN, *on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class*,

                                           **Plaintiff,**        Civil Action No. 23 Civ. 283 (KPF)

                                        - against -

26 MOTORS CORP d/b/a 26 MOTORS,
26 MOTORS QUEENS INC. d/b/a 26 MOTORS,      STIPULATION EXTENDING
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,     <u>TIME TO RESPOND</u>
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a
26 MOTORS, MOSHE POURAD,
YOSEF AYZENCOT, and AHARON BENHAMO,

                                          **Defendants.**
--------------------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Plaintiff, JESSICA GUZMAN, and Defendants 26 MOTORS CORP d/b/a 26 MOTORS, 26 MOTORS QUEENS INC. d/b/a 26 MOTORS, 26 MOTORS JAMAICA INC. d/b/a 26 MOTORS, 26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS, 26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS, MOSHE POURAD, YOSEF AYZENCOT, and AHARON BENHAMO (collectively "Defendants"), that Defendants time to respond to the Complaint in the above-captioned action is extended up to and including April 17, 2023.

Dated: New York, New York
       April 3, 2023

BY: _____      BY: _____
  C.K. Lee                                          Patrick L. Selvey
 LEE LITIGATION GROUP, PLLC           NICHOLAS GOODMAN & ASSOCIATES, PLLC
148 West 24th Street, 8th Floor             *Attorney for Defendants*
New York, New York 10016                  26 MOTORS CORP., 26 MOTORS QUEENS INC.,
(212) 465-1188                                  26 MOTORS JAMAICA INC., 26 MOTORS
cklee@leelitigation.com                      LONG ISLAND LLC, 26 MOTORS OF FRANKLIN
                                                SQUARE LLC, MOSHE POURAD, YOSEF
                                                AYZENCOT, and AHARON BENHAMO
                                                333 Park Avenue South, Suite 3A
                                                New York, New York 10010
                                                (212) 227-9003
                                                pselvey@ngoodmanlaw.com

Application GRANTED.  Defendants shall answer or otherwise respond to the Complaint on or before **April 17, 2023**.

Dated:    April 4, 2023
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE