# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  (212) 465-1188
cklee@leelitigation.com

April 19, 2023

**Via ECF:**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *Guzman v. 26 Motors Corp. et al*
       Case 1:23-cv-00283 (KPF)

Dear Judge Failla:

  We are counsel to Plaintiff in the above-referenced matter. In response to Defendants' pre-motion letter of April 17, 2023 [Dkt. No. 15], we intend to amend the Complaint and respectfully request twenty-one (21) days to do so.

  We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF