# Lee Litigation Group, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

April 19, 2023

**Via ECF:**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Guzman v. 26 Motors Corp. et al*
Case 1:23-cv-00283 (KPF)

Dear Judge Failla:

      We are counsel to Plaintiff in the above-referenced matter. In response to Defendants' pre-motion letter of April 17, 2023 [Dkt. No. 15], we intend to amend the Complaint and respectfully request twenty-one (21) days to do so.

      We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

1

The Court is in receipt of Defendants' letter requesting a conference to discuss its anticipated motion to dismiss (Dkt. #15), and Plaintiff's above response. Plaintiff's request for leave to file an amended complaint is GRANTED. Plaintiff shall file such an amended pleading on or before **May 10, 2023**. Defendants shall answer or otherwise respond to the amended complaint on or before **May 24, 2023**. *See* Fed. R. Civ. P. 15(a)(3).

Because Plaintiff's intended amendment would moot Defendants' anticipated motion to dismiss, Defendants' request for a conference to discuss such motion is DENIED without prejudice as to its renewal after the filing of an amended complaint.

Additionally, the initial pretrial conference currently scheduled for April 26, 2023 is hereby ADJOURNED to 11:00 a.m. on **June 1, 2023**.

The Clerk of Court is directed to terminate the motion at docket entry 15.

Dated:     April 19, 2023          SO ORDERED.
           New York, New York

                                   *[signature]*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE