# Exhibit B

        



# Be a leader, not a boss; Says Yosef Ayzencot of 26 Motors

 **26 Motors Corp**
82 followers

 Follow

August 4, 2022

Culture is crucial when it comes to maintaining a healthy business model and work environment, and 26 Motors has made it one of its company values. 26 Motors offers their staff many leading opportunities and allow them to have freedom of expression. Being a leader in today's society can be very challenging for many considering the fact that during the Great Resignation of 2021, more than 47 million Americans quit their jobs. Co-founder of 26 Motors, Yosef Ayzencot, has made it clear that being a leader is more important than being a boss. Yosef quotes - "Be a leader, not a Boss." and this business model has proven the importance of balancing a company culture and ensuring the well-being of its employees.

"A boss will tell you what to do, but a leader will show you how to do it," says Yosef when referring to how he handles being a leader at 26 Motors. Knowing every angle of the business and getting to know the staff is a big part of how

26 Motors operates, which brings a great balance of both an ethical and personable work environment. Being hands-on with the staff has built a great leadership stigma and has helped their employees perform better at their jobs trusting their work. Because they don't feel like they're walking on eggshells with their managers, they are able to excel and succeed in their careers. During the great resignation of 2021, about 60% of Americans left their jobs. While some left for career advancement, the majority of people left their jobs simply because they were unhappy. Based on a survey by realestatewitch.com, Three-quarters (75%) of the 1,000 workers surveyed say they are frustrated with their managers. Other research has found that more than 4 in 5 workers would potentially [quit a job](#) because of a bad boss.

Co-founder of 26 Motors, Yosef Ayzencot, has made it clear that being a great leader comes with seeing yourself as an equal to the group. "I see myself as an equal, from the lot attendants to the managers, I don't think that I am better than anybody." This approach has led 26 Motors to have a loyal team of employees who are not afraid to go the extra mile because they believe in the brand and they can trust their managers. Taking the time to listen to their staff and taking their opinions into consideration, has led them to build a strong bond which they call "The 26 motors family". A strong workforce would not be possible without the leading opportunities that they offer for their employees.

Sometimes all that people need is a chance, and 26 Motors has done just that When it comes to hiring. Although they can choose to go for highly educated individuals, they understand how difficult it can be for certain groups to move up in their job careers. Giving the right candidate the opportunity to start from a small position and eventually move up in the company to a management opportunity. Giving people opportunities and building trust in today's competitive society, where employers demand high qualifications to even be considered, can be frustrating for those looking to advance their careers. But not only their employees are given a second chance, but by hiring locals, 26 motors are able to serve the community.  Giving second chances and new opportunities, and creating a safe

company culture, are a big part of why 26 Motors has had the success they've had in such a short time. As their company slogan quotes, "We are not the same" they have proven to be one safe place where people can work with ease with great leaders.

Report this

Published by

**26 Motors Corp**
82 followers
Published • 9mo

+ Follow

**Yosef Ayzencot** of **26 Motors Corp** Says "Be a leader, not a boss."

Like   Comment   Share   5

**Reactions**



**0 Comments**

L  Add a comment…

26 Motors Corp

+ Follow