# Exhibit E

Search our inventory



**APPLICATION FOR CREDIT**

We specialize in auto finance. Our multiple finance sources and experience in financing is unparalleled. With an excellent credit history you can be assured of the best rates in the market.

**NO CREDIT – BAD CREDIT??? NO PROBLEM!!!**

Bad things happen to good people and we understand that. Our special finance officers are well-equipped to make sure you drive away in a choice car.

Call **(718) 231-2626** or complete the form below and one of our expert finance managers will contact you right away!

*****Denotes a required field.**

● Click for a Personal Credit Application   ○ Click for Business Application

### PERSONAL INFORMATION

First name *   Middle name   Last name *   SSN# *

DOB *   Cell phone #   Home phone # *   Email

D/L #   D/L Expiry Date   D/L state   Country
                                    --         USA

### RESIDENCE INFO

Street # *   Street name *   Street type *   Apt or suite #
                                       --

City *   State *   Country *   Zip *
            --         USA

Time at residence *   Do you   Monthly payment $ *
-Yrs-  -Months-   --                    (If none enter 0)



**EMPLOYMENT INFO**

Are you employed? *





Do you have additional income?

--

## CO-BUYER'S INFORMATION

Do you have a - Co-Applicant?

No

## DESIRED VEHICLE INFORMATION

**Find a vehicle in our inventory that you're interested, or as close to possible, so we have an idea of what you are looking for**

Make --

Model --

Stock#

SEARCH

**Or, let us know the type of vehicle you are looking for that is not in our inventory**

From year --

To year --

Make

Model

Mileage

Stock

## DO YOU HAVE A VEHICLE TO TRADE-IN? No

## PAYMENT INFO

Desired Loan Amount $

Available down payment $

Desired monthly payment $

Additional comments

## REFERRAL

☐ * "I represent, warrant and affirm that the above information is true and correct and have been made in order to induce you, the dealer, to grant me credit to acquire a vehicle by relying on the above knowledge. By submitting this form I authorize you, the dealer, to verify the correctness of the information by verifying my employment and residence and also to acquire other reports, including but not limited to credit bureau reports, to analyze my creditworthiness. I authorize you to retain this application and any credit agreement as your property."

E-Signature *

[Your name]

9 5     Enter the code*    [    ]

Submit

All rights reserved. © 2003-2023
26 Motors Corp
Autofunds - Dealership Management Software