# Exhibit F



## Employment opportunities



### Join Our Team
We're always looking for talented, energetic, and dedicated people to become part of the 26 Motors Corp family! Join a team of go-getter individuals looking to grow.

**For Sales Representative Opportunities**
**Please send your resume to:**
Celes.26motorsqueens@gmail.com **for Queens**
Ashley.motors@gmail.com **for Bronx**

### Description
- We are looking for experienced sales representatives with customer service and automotive skills.
- Must have some knowledge of vehicles
- Must have open availability and willing to work weekends.
- Make over $1000 weekly or more!

### Freelance Press Release Writer and Distributor
We are looking for a writer and public relations distributor who can take our business to the next level! We need a very talented and meticulous individual who can write our press releases and send it out to different media outlets and news networks. We are a Luxury dealership franchise looking to expand and with now four locations, we need someone with the knowledge of what's next. This is a freelance position paid per project.

### Requirements:
- Must have at least three years of press release writing experience
- Must be able to write and distribute press releases
- Must be able to research the best media for our business
- Must-Have connections and knowledge of different media outlets
- Must have PR experience
- Experience working with influencers is a huge PLUS

**Please email your resume and link to portfolio to** 26motorsmarketing@gmail.com

💬 Text Us!　　　💬 Chat with Us!