# Exhibit G

Sign In                          **glassdoor**                          🔍 ☰

26 Motors                                                    Ask a Question

About          2              --              ⋯
               Reviews         Jobs           More

## 26 Motors Overview

Website:        www.26motors.com                Work Here? Claim your Free Employer Profile

Headquarters:   Bronx, NY

Size:           1 to 50 Employees

Type:           Company - Public

Revenue:        Unknown / Non-Applicable

**Competitors:** Unknown



### What are your colleagues talking about?

Find your private company bowl on Fishbowl, join the hottest conversation with your colleagues anonymously.

**Join the Conversation** ›

## 26 Motors Reviews

2.7    ⌄

0%

Recommend
to a Friend

4.0    ⌄

Current Employee

**"Not bad"**

Feb 22, 2023 - Sales Consultant

✗  Doesn't Recommend
✗  Negative Outlook

Pros

Great work environment and team

**Cons**

Not a lot of traffic, this is specially felt on a commission only position.

See All 2 Reviews ❯

## 26 Motors Interviews

Experience



Positive 100%

Getting an Interview



Difficulty

**1.0**
Average

Hard

Average

Easy

Jan 21, 2022

### BDC Interview

Anonymous Employee in United States

✓ Accepted Offer
✓ Positive Experience
✓ Easy Interview

**Interview**

Call the store in and ask for an interview. You will head to the Bronx location and meet with a General manager after he will interview and then they'll hire you within 2 interviews.

**Interview**

Why are you the best fit.

↳ Answer Question

See All 1 interviews ❯

## 26 Motors Awards & Accolades

Let us know if we're missing any workplace or industry recognition –   Add Awards

---

### 26 Motors FAQ  (4 Questions)

All answers shown come directly from 26 Motors Reviews and are not edited or altered.

**See questions about:**

Compensation                    Culture                    Workplace

### What is the company culture at 26 Motors?

...Great work environment and team...                    February 22, 2023

Read more

---

See all FAQ (4) ❯

## Work at 26 Motors? Share Your Experiences

26 Motors