# Exhibit H



4/21/23, 6:34 PM
Working at 26 Motors: Employee Reviews | Indeed.com
Case 1:23-cv-00283-KPF   Document 18-8   Filed 05/10/23   Page 3 of 4

Search

**Sort by**

Helpfulness | Rating | Date

Showing all 2 reviews

### 4.0
### Nice work environment, under paid

BDC Representative (Former Employee) - Woodside, NY - May 17, 2022

**Indeed Featured review**
The most useful review selected by Indeed

They will have you work overtime and then cut your hours to be under 40. However the work environment is good if you have a good manager. Upper management will belittle you.

Was this review helpful?

Yes        No          

### 1.0
### Get your money and go

Support/manager/online sales (Former Employee) - Bronx and Queens locations - March 14, 2023

worst communication between departments ever, between owners everything is in hebrew, and no matter how good you are they're family and friends will take your job any day. You'll work 50+ hours a week and have to fight for your money no matter what the pay plan or agreement was come payday, which is also when they feel like it.
Co-workers are good people but always angry or unmotivated because of the pay and environment.

**Pros**
Its a job

**Cons**
Managers/ Owners, pay, pay date, human resource, job security, job site friendliness and cleanliness

Was this review helpful?

Yes        No          

 **26 Motors insights**

Based on 7 survey responses

| What people like | Areas for improvement |
|---|---|
| ✓ Ability to meet personal goals | — Fair pay for job |
| | — Inclusive work environment |
| | — Time and location flexibility |

## Rate your recent company

Share your experience to help others

☆ ☆ ☆ ☆ ☆

### Help us improve!

**Is Indeed your favorite place to learn about companies?**

| Yes | No |

Companies  >  26 Motors  >  Employee Reviews

**Write a review**

## Questions about 26 Motors

What qualifications do you need to work at 26 Motors?
One person answered                                                                    >

How often do raises occur at 26 Motors?                                                >