UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA GUZMAN and JOCELYNNE MORA, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                  Plaintiffs,

v.

26 MOTORS CORP d/b/a 26 MOTORS,
26 MOTORS QUEENS INC. d/b/a 26 MOTORS,
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a
26 MOTORS, MOSHE POURAD,
YOSEF AYZENCOT, and AHARON BENHAMO,
                  Defendants.

Case No.: 1:23-cv-00283

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff JESSICA GUZMAN hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated May 1, 2023, and annexed hereto as **Exhibit A**. For avoidance of doubt, this matter is not dismissed and the claims of JOCELYNNE MORA shall persist.

Dated: May 12, 2023

                                                    Respectfully submitted,

                              By:

                                                    C.K. Lee, Esq. (CL 4086)
                                                    LEE LITIGATION GROUP, PLLC
                                                    148 West 24th Street, 8th Floor
                                                    New York, NY 10011
                                                    Tel.: (212) 465-1188
                                                    Fax: (212) 465-1181
                                                    *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Patrick L. Selvey
NICHOLAS GOODMAN & ASSOCIATES, PLLC
*Attorneys for Defendants*
26 MOTORS CORP., 26 MOTORS QUEENS INC.,
26 MOTORS JAMAICA INC., 26 MOTORS
LONG ISLAND LLC, 26 MOTORS OF FRANKLIN
SQUARE LLC, MOSHE POURAD, YOSEF
AYZENCOT, and AHARON BENHAMO
333 Park Ave. South, Suite 3A
New York, New York 10010
(212) 227-9003
ngoodman@ngoodmanlaw.com

By: _____
C.K. Lee, Esq.