UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA GUZMAN and JOCELYNNE MORA,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

        Plaintiffs,        Case No.: 23-cv-00283

   v.

26 MOTORS CORP.
    d/b/a 26 MOTORS,
26 MOTORS QUEENS INC.
    d/b/a 26 MOTORS,
26 MOTORS JAMAICA INC.
    d/b/a 26 MOTORS,
26 MOTORS LONG ISLAND LLC
    d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC
    d/b/a 26 MOTORS,
MOSHE POURAD,
YOSEF AYZENCOT, and
AHARON BENHAMO,

        Defendant.

---

## NOTICE OF APPEARANCE OF ROBERT KANSAO FOR PLAINTIFF

PLEASE TAKE NOTICE, that the undersigned shall appear as counsel for Plaintiff in the above-captioned matter.

Dated: May 23, 2023        Respectfully submitted,

        LEE LITIGATION GROUP, PLLC
        Robert A. Kansao (RK 6923)
        148 West 24th Street, Eighth Floor
        New York, NY 10011
        Tel: 212-661-0052
        Fax: 212-465-1181
        *Attorneys for the Plaintiff*


        By: */s/ Robert A. Kansao*
            Robert A. Kansao, Esq.