**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JESSICA GUZMAN, *on behalf of herself, FLSA*
*Collective Plaintiffs and the Class,*

                Plaintiff,

    v.

26 MOTORS CORP d/b/a 26 MOTORS,
26 MOTORS QUEENS INC. d/b/a 26 MOTORS,
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a
26 MOTORS, MOSHE POURAD,
YOSEF AYZENCOT, and AHARON BENHAMO,
                Defendants.

**Case No.**:  1:23-cv-00283

**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant 26 MOTORS CORP. d/b/a 26 MOTORS ("26 Motors Corp."), on behalf of itself and Defendants 26 MOTORS QUEENS INC. d/b/a 26 MOTORS, 26 MOTORS JAMAICA INC. d/b/a 26 MOTORS, 26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS, 26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS, MOSHE POURAD, YOSEF AYZENCOT, and AHARON BENHAMO (collectively "Defendants"), having offered to allow Plaintiff JESSICA GUZMAN ("Plaintiff") to take a judgment against 26 Motors Corp., in the sum of Twenty-Six Thousand ($26,000.00), plus Plaintiff's costs incurred herein, including her reasonable attorneys' fees incurred to date, to resolve all of Plaintiff's federal and state law claims or rights against Defendants in her Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 1, 2023 and filed as Exhibit A to Docket Number 19;

      **WHEREAS**, on May 12, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 19);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff JESSICA GUZMAN, in the sum of $26,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 1, 2023 and filed as Exhibit A to Docket Number 19. The Clerk of Court is directed to terminate Ms. Guzman from the docket.

**SO ORDERED:**

Dated: June 1, 2023
New York, New York

_____
Honorable Katherine Polk Failla