UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JESSICA GUZMAN and JOCELYNNE MORA, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

                      Plaintiff,

- against -

26 MOTORS CORP. d/b/a 26 MOTORS, 26 QUEENS INC. d/b/a 26 MOTORS, 26 MOTORS JAMAICA INC. d/b/a 26 MOTORS, 26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS, 26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS, MOSHE POURAD, YOSEF AYZENCOT, and AHARON BENHAMNO,

                      Defendants.
-----------------------------------------------------------------------X

Case No. 23-CV-00283-KPF

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendants 26 MOTORS CORP., 26 MOTORS QUEENS INC., 26 MOTORS JAMAICA INC., 26 MOTORS LONG ISLAND LLC, and 26 MOTORS OF FRANKLIN SQUARE LLC hereby certifies that these Defendants do not have corporate parents, and that no publicly held corporation holds 10% or more of the stock in any of them.

Dated: New York, New York
       June 30, 2023

                      Yours, etc.
                      NICHOLAS GOODMAN & ASSOCIATES, PLLC

                      BY: /s/ Patrick L. Selvey
                      Patrick L. Selvey
                      *Attorneys for Defendants*
                      333 Park Avenue South, Suite 3A
                      New York, New York 10010
                      (212) 227-9003
                      pselvey@ngoodmanlaw.com