# Lee Litigation Group, PLLC

148 W. 24ᵀᴴ Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
　　　　　　　　　　cklee@leelitigation.com

July 14, 2023

**Via ECF**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　　　Re:   *Guzman v. 26 Motors Corp. et al*
　　　　　　　　　Case 1:23-cv-00283 (KPF)

Dear Judge Failla:

　　　We are counsel to Plaintiff in the above-referenced case. We write with Defendants to jointly submit for the Court's endorsement a proposed Protective Order, which is attached here as **Exhibit A**. The parties used Judge Rakoff's Model Protective Order, which has been modified only to include this matter's caption and Your Honor's name.

　　　We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.