# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

August 29, 2023

**<u>Via ECF:</u>**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:   *Guzman v. 26 Motors Corp. et al*
            <u>Case 1:23-cv-00283 (KPF)</u>

Dear Judge Failla:

      I write to request the Court put the case on hold, and suspend all deadlines, given that an irreconcilable conflict has arisen between myself and the Plaintiff, Ms. JOCELYNNE MORA. As such, I cannot continue to represent her or undertake any actions on her behalf. It is my understanding that Ms. MORA has colluded with Defendants and their counsel to avoid payment of accrued legal fees.

      "[I]t is well-settled in the Eastern and Southern Districts of New York that nonpayment of legal fees is a valid basis for granting a motion to withdraw pursuant to Local Civil Rule 1.4." *Melnick v. Press*, No. 06-CV-6686, 2009 U.S. Dist. LEXIS 77609, 2009 WL 2824586, at *3 (E.D.N.Y. Aug. 28, 2009); *Cower v. Albany Law School of Union University*, No. 04 Civ. 643, 2005 U.S. Dist. LEXIS 13669, 2005 WL 1606057, at*5 (S.D.N.Y. July 8, 2005) ("It is well settled that nonpayment of fees is a legitimate ground for granting counsel's motion to withdraw."); *Blue Angel Films, Ltd. v. First Look Studios, Inc.*, No. 08 Civ. 6469, 2011 U.S. Dist. LEXIS 16674, 2011 WL 672245, at *2 (S.D.N.Y. Feb. 17,201 l) (while recognizing prior case law, finding that "more recent case law in the Southern and Eastern Districts of New York has held that non-payment of fees alone can be a satisfactory reason for withdrawal") (*citing Melnick v. Press*, 2009 U.S. Dist. LEXIS 77609, at *3 (E.D.N.Y. Aug. 28, 2009).

      Given that any conflict that arises between myself and Ms. MORA is subject to a binding arbitration, I respectfully request that my representation be terminated immediately, and that the prosecution of this lawsuit be stayed (and all deadlines adjourned). I will update the Court within 5 days of any resolution of the arbitration between myself and Ms. MORA.

      *   *   *   *   *   *   *   *   *   *   *   *

      We thank the Court for its kind consideration.

Respectfully,

*/s/ C.K. Lee*
C.K. Lee, Esq.