# NICHOLAS GOODMAN & ASSOCIATES, PLLC

**333 PARK AVENUE SOUTH, SUITE 3A**
**NEW YORK, N.Y. 10010**

**(212) 227-9003**

H. NICHOLAS GOODMAN
PATRICK L. SELVEY, JR.

ALFRED R. FUENTE
COUNSEL

CAMILLE M. ABATE
ROBERT P. PREUSS*
OF COUNSEL
*ALSO ADMITTED IN NEW JERSEY

August 29, 2023

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

Re:    **Guzman v. 26 Motors Corp. *et al*.**
       **Case No. 1:23-cv-00283-KPF**

Your Honor,

      We write on behalf of Defendants in the above referenced matter in response to the baseless allegations set forth in the letter e-filed by counsel for the Plaintiff earlier this afternoon. Doc. No. 39. Specifically, the assertion that "Ms. MORA has colluded with Defendants and their counsel to avoid payment of accrued legal fees" is deeply offensive, is so completely without foundation that it may exceed the protection afforded by the judicial privilege and constitute libel *per se* even within the confines of this litigation.

      Plaintiff's disagreement with her counsel regarding fees is her own business, but the accusation leveled against this firm is simply outrageous, and Mr. Lee's careless disregard for the truth of the situation does not befit his station as an officer of this Court.

      We request a conference at the Court's earliest convenience regarding an application for, *inter alia,* an Order striking Mr. Lee's letter from the record and directing him not to make any similarly baseless accusations in the future.

      Thank you for your consideration in this matter.

Respectfully submitted,

Patrick L. Selvey