# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     212-465-1188
                     cklee@leelitigation.com

August 29, 2023

**<u>Via ECF:</u>**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    *Guzman v. 26 Motors Corp. et al*
                <u>Case 1:23-cv-00283 (KPF)</u>

Dear Judge Failla:

      I write in response to Defense counsel's letter filed on August 29, 2023 [ECF 40], which requested a hearing regarding our office's request to withdraw as Plaintiff's counsel due to the Defendants' and Plaintiff's collusion to avoid paying owed legal fees. A hearing is not appropriate as any conflict between our client and our office is outside the Court's jurisdiction, and we are not proceeding with any claims against Defense counsel.

      To avoid any undue expenditure of both party and judicial resources, our office does not oppose redaction of the reference to Defendants' counsel in our prior letter.

      *    *    *    *    *    *    *    *    *    *    *

      We thank the Court for its kind consideration.

Respectfully,

<u>/s/ C.K. Lee</u>
C.K. Lee, Esq.