UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYNNE MORA,<br><br>                           Plaintiff,<br><br>                       -v.-<br><br>26 MOTORS CORP., d/b/a 26 MOTORS; 26 MOTORS QUEENS INC., d/b/a 26 MOTORS; 26 MOTORS JAMAICA INC., d/b/a 26 MOTORS; 26 MOTORS LONG ISLAND LLC, d/b/a 26 MOTORS; 26 MOTORS OF FRANKLIN SQUARE LLC, d/b/a 26 MOTORS; MOSHE POURAD; YOSEF AYZENCOT; and AHARON BENHAMO,<br><br>                           Defendants. | 23 Civ. 283 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth during the Court's September 6, 2023 conference, the Court grants Plaintiff's counsel's August 29, 2023 request to withdraw as Plaintiff's counsel. (Dkt. # 39). The Clerk of Court is directed to terminate Lee Litigation Group, PLLC from the docket. The Court understands that Lee Litigation Group, PLLC seeks to assert retaining and charging liens.

Also for the reasons set forth during the Court's September 6, 2023 conference, the Court grants Plaintiff's oral motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2); the action will be dismissed with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:  September 7, 2023
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge